# Wytheville.

PHENIX INSURANCE CO. OF BROOKLYN, N. Y. v. J. B. SHERMAN.

June 6, 1910.

From the Circuit Court of Wise county.

BY THE COURT:

The court being of opinion that this case is controlled by the opinion and judgment of this court in the case of *Phoenix Insurance Company of Hartford, Conn.* v. *J. B. Sherman,* decided November 18, 1909, and reported in 110 Va. 435, 66 S. E. 81, it is therefore ordered that the judgment of the Circuit Court of Wise county be reversed, and this court will enter such judgment as the circuit court should have entered.

*Reversed.*